UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTINE BEIRNE ET AL, | Case No.: 2:20-cv-03428-SB-AGR |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: DISMISSAL |
| COUNTY OF VENTURA ET AL, | |
| Defendant | |

The parties filed a notice of settlement as to the claims against Sheriff William Ayub, County of Ventura, Andrew Hatlee, Garo Kuredjian, Oliver Laguna, Thomas Miller, Ali Naderi, and Dane Rubino on July 13, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on September 17, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the relevant claims with prejudice by September 10, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall file a status conference report by September 10, 2021 and appear at the OSC hearing even if they subsequently file a request for dismissal.

**NOTICE**: The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing in the status report why the settlement has not been—and reasonably could not have been—completed, and the parties should be prepared for the Court to set a trial date within 60 to 90 days (or the Court may reinstate any vacated deadlines).

1
2   Dated:  July 23, 2021
3
4                                                                 _____
                                                                  Stanley Blumenfeld, Jr.
5                                                                 United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28