JS-6

1

2

3
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE BEIRNE and KEVIN BEIRNE, parents of ALEXANDER BEIRNE individually, and as representatives of the estate of ALEXANDER BEIRNE,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF VENTURA, SHERIFF WILLIAM AYUB, CAPTAIN KUREDJIAN, SERGEANT THOMAS MILLER, DEPUTY ALI NADERI, DEPUTY ANDREW HATLEE, SST LAGUNA, DEPUTY DANE RUBINO, CALIFORNIA FORENSIC MEDICAL GROUP, MAHSA CHADORCHI, JAYLN ROBERTS, ARLEEN DURAN, MARCIA PERDOMO, PRINCESS SANTOS, STEPHAN BALITAO, DR. CASEY, EUNICIA MANSAYON, LEAH JAMES, DR. HEATHER HUFFMAN-DRACHT, DOES 6 – 10, INCLUSIVE,<br><br>                              Defendants. | Case No.: 2:20-cv-03428-SB-AGR<br><br>**JUDGMENT**<br><br><br><br><br><br>Action Filed: July 6, 2020<br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Ctrm: 6C |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    This matter came on for Trial on March 31, 2022, in Courtroom 6C, the Honorable

23  Stanley Blumenfeld, Jr., presiding.  Trial continued through April 4, 2022, with the Jury

24  returning the verdict on April 5, 2022.

25    Plaintiffs CHRISTINE BEIRNE and KEVIN BEIRNE, parents of ALEXANDER

26  BEIRNE individually, and as representatives of the estate of ALEXANDER BEIRNE

27  were represented by Jeremy I. Lessem and Karen C. Joynt.  Defendants CALIFORNIA

28  FORENSIC MEDICAL GROUP, MAHSA CHADORCHI, JAYRYL ROBERTS,

ARLEEN DURAN, MARCIA PERDOMO, PRINCESS SANTOS, STEPHAN

BALITAO, CASEY BARBARO, M.D., EUNICIA MANSAYON, and LEAH JAMES were represented by Peter G. Bertling.

Prior to the jury returning the verdict on April 5, 2022, plaintiffs dismissed defendants Arleen Duran, Eunicia Mansayon, Leah James, and Princess Santos with prejudice.

The Jury returned a verdict unanimously finding in favor of the defense on all counts answering "No" to all defendants on the following questions:

1. Did Plaintiffs prove by a preponderance of the evidence that the following Defendants denied adequate medical care to Alexander Beirne in violation of his rights under the Fourteenth Amendment to the United States Constitution?

3. Did Plaintiffs prove by a preponderance of the evidence that the following Defendants' negligence was the direct and proximate cause of Alexander Beirne's death, leading to the Plaintiffs' injuries and damages?

Therefore, based on the verdict of the Jury, Judgment is hereby entered in favor of Defendants California Forensic Medical Group, Mahsa Chadorchi, Jayryl Roberts, Marcia Perdomo, Stephan Balitao, and Casey Barbaro, M.D.  Plaintiffs shall take nothing on their claims.

Dated:  April 12, 2022



_____
Stanley Blumenfeld, Jr.
United States District Judge